MICHAEL E. CARDOZA, ESQ., BAR NO. 52264
JAI M. GOHEL, ESQ., BAR NO. 170782
THE CARDOZA LAW OFFICES
1111 Civic Drive, Suite 320
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

FILED
AUG 1 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff,
GRANT DENISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT DENISON,

    Plaintiff,

vs.

DAVID TELLER, and DOES 1 through 10, inclusive,

    Defendants.

CASE NO.: 04-04556 MHP

PLAINTIFF'S REQUEST FOR DISMISSAL AND [~~PROPOSED~~] ORDER

Plaintiff hereby requests that the court dismiss the above entitled action without prejudice.

IT IS SO ORDERED.

Dated: 8/11/05

_____
Marilyn Patel, United States District Judge

E-filing