MICHAEL E. CARDOZA, ESQ., BAR NO. 52264
JAI M. GOHEL, ESQ., BAR NO. 170782
THE CARDOZA LAW OFFICES
1111 Civic Drive, Suite 320
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiff,
GRANT DENISON

FILED
OCT 1 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT DENISON, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID TELLER, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 04-04556 MHP <br><br> PLAINTIFF'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER |

Plaintiff hereby requests that the court dismiss the above entitled action with prejudice.

IT IS SO ORDERED.

Dated: 10/14/05

_____
Marilyn Patel, United States District Judge